1040

[No. 28224-7-I. Division One. March 30, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. MARC
GROTLE, *Appellant*.

Appeal from a judgment of the Superior Court for San
Juan County, No. 89-1-05011-8, Richard L. Pitt, J., entered
April 22, 1991. *Reversed* by unpublished per curiam opin-
ion.

[No. 26212-2-I. Division One. March 30, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. GOLDEN
TAYLOR, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 89-1-04049-9, Jim Bates, J., entered May 1,
1990. *Affirmed in part* and *remanded* by unpublished
opinion per Scholfield, J., concurred in by Pekelis and
Baker, JJ.

[No. 26119-3-I. Division One. March 30, 1992.]

JOEL DOUGLAS, ET AL, *Appellants*, v. ERNEST
JANITSCHECK, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for
Whatcom County, No. 88-2-01392-2, Michael F. Moynihan,
J., entered April 6, 1990. *Affirmed* by unpublished opinion
per Scholfield, J., concurred in by Coleman and Agid, JJ.

[No. 26823-6-I. Division One. March 30, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. GODFREY
CHAMBERS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-1-01111-5, Terrence A. Carroll, J., entered
August 23, 1990. *Affirmed* by unpublished opinion per
Grosse, C.J., concurred in by Kennedy and Agid, JJ.